



## MEMORANDUM OPINION

No. 04-12-00468-CV

**EX PARTE** Jorge A. **HERNANDEZ**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Phylis J. Speedlin, Justice
Marialyn Barnard, Justice

Delivered and Filed: August 22, 2012

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On August 7, 2012, relator Jorge A. Hernandez filed an original habeas corpus proceeding. Relator alleges that he has been sentenced to 180 days in county jail after being held in criminal contempt for failure to pay child support. Relator provides numerous grounds for why he is entitled to habeas corpus relief and seeks to be released from custody.

However, it is relator's burden to provide this court with a record sufficient to establish his right to habeas corpus relief. *See* TEX. R. APP. P. 52.7(a); *Walker v. Packer*, 827 S.W.2d 833,

---

[1] This proceeding arises out of Cause No. 2004EM502827, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney presiding. However, relator contends the Honorable Jim Rausch, associate judge presiding in the child support court, signed the order complained of.

837 (Tex. 1992) (orig. proceeding).  Relator has failed to provide us with a record to support his claims.  Accordingly, relator's petition for writ of habeas corpus is DENIED.

PER CURIAM